**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| ROOSEVELT BRADLEY AND SAMUEL WILSON,<br><br>                    Plaintiffs,<br><br>     v.<br><br>PRIESTER'S PECANS, INC.,<br><br>                    Defendant. | Civil Action No. 2:25-cv-00453 |

**NOTICE OF SETTLEMENT**

Plaintiffs Roosevelt Bradley and Samuel Wilson hereby advise this Honorable Court that they have reached an agreement in principle with Defendant Priester's Pecans, Inc. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: April 3, 2026          Respectfully Submitted,


                              */s/ Benjamin J.  Sweet*
                              Benjamin J.  Sweet
                              ben@nshmlaw.com
                              **NYE, STIRLING, HALE, MILLER, &
                              SWEET LLP**
                              101 Pennsylvania Boulevard, Suite 2
                              Pittsburgh, PA 15228

                              *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Benjamin J.  Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this April 3, 2026.

*/s/ Benjamin J.  Sweet*
Benjamin J.  Sweet
