**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | | |
|---|---|---|
| ROOSEVELT BRADLEY and<br>SAM WILSON, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | NO. 2:25-CV-453-PPS-AZ |
| | ) | |
| PRIESTER'S PECANS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties filed a Stipulation for Dismissal. [DE 18.] Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation for Dismissal [DE 18] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS** this entire action **WITH PREJUDICE**, and each party shall bear their own costs and fees, including attorneys' fees incurred in connection with this action.

The Clerk is **ORDERED** to **CLOSE** this case.

ENTERED: May 5, 2026.

/s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT